JS - 6

**FILED: 4/22/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH INC., et al | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. 13-8461 GHK (AGRx)** |
| vs. | ) |
| | ) |
| KALA INTERNATIONAL, et al | ) **ORDER OF DISMISSAL** |
| | ) |
| Defendants. | ) |
| | ) |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

DATED:   4/22/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE